UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>12-15 BROADWAY ASTORIA, LLC<br><br>Defendant. | ECF CASE<br><br>No.: 19-cv-00303 (RJD)(RLM) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion,

Plaintiff hereby voluntarily dismisses this action without prejudice under Fed. R. Civ. P.

41(a)(1)(A)(i) and shall bear his own fees and costs.

Dated:  May 13, 2019
        New York, New York

Christopher H. Lowe
LIPSKY LOWE LLP
630 Third Avenue, Fifth Floor
New York, New York 10017-6705
chris@lipskylowe.com
Tel: 212.392.4772
*Attorneys for Plaintiff*

SO ORDERED:

May 14, 2019

s/ Raymond J. Dearie